M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JAMES EARL STACKHOUSE #162181, )
Full name and prison name of )
Plaintiff(s) )
)
)
v. )   CIVIL ACTION NO._____
)   (To be supplied by Clerk of U.S. District
TONY HAMM, JAILER, AND )   Court)
GENEVA County Commission AND )
SURETY BOND HOLDERS, et al., )   1:23-cv-00661-MHT-SMD
)
_____ )
)
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____ N/A _____

           Defendant(s) _____ N/A _____

       2.  Court (if federal court, name the district; if state court, name the county)
           _____ N/A _____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Fountain Correctional Facility, For the Alabama Department of Corrections_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Geneva County, Alabama Jail Medical Staff & Personnel_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. James Earl Stackhouse — Fountain 3800, Atmore, AL 36503
2. Tony Hamm, Geneva County Jail, Colishley A. Powell/Clerk, P.O. Box 86, Geneva, AL 36340
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _On or about September 2022 and Continuously_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendants herein did give Plaintiff "Stackhouse" the wrong medication, which caused Plaintiff to be taken to Flowers Hospital in Dothan, Alabama who informed Plaintiff that Geneva County Jail had given Plaintiff the wrong medicine in direct violation of Plaintiff 8th and 14th Amendment Rights of the United States Constitution._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On or about September 2022, when Plaintiff became ill in the Geneva County Jail, Geneva County Jail Medical Personnel gave Plaintiff the wrong medicine, which wrongfully injured the Plaintiff causing Plaintiff to have be taken to Flowers Hospital who informed Plaintiff Stackhouse that Geneva County Jail Medical Staff had given Plaintiff Medicine that he's allergic to.

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

GROUND THREE: _____

SUPPORTING FACTS: _____

_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seeks a trial by Jury pursuant to the Federal Rules of Civil Procedure. Plaintiff seek compensation in the sum of $150,000.00 for wrongful injury and any other relief this court deems fair and just. Plaintiff seeks partial filing fee opportunity with Plaintiff being unemployed and incarcerated.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-07-2023__.
(Date)

_____
Signature of plaintiff(s)

James Earl Stackhouse
#162181-H1-43A
Fountain 3800
Atmore, AL 36503

MOBILE AL 366
8 NOV 2023 PM 2 L



FOREVER

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
1 CHURCH STREET, SUITE B-110
MONTGOMERY, ALABAMA 36104-4018

36104-401801